UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

TANISHA BROWN,

                   Defendant.

07 Cr. 1110 (JGK)

<u>SPEEDY TRIAL ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **April 11, 2008 at 4:30 p.m.**

    Because an adjournment is needed to allow the defendant to review discovery, to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 7, 2008**, until **April 11, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           March 7, 2008

                                            John G. Koeltl
                                      United States District Judge

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/10/08]