USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -                      07 Cr. 1110 (JGK)

TANISHA BROWN,                          ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to file any motions by **June 27, 2008**. Any responses should be filed by **July 3, 2008**, and replies should be filed by **July 9, 2008**. The parties are directed to appear for a hearing on **July 11, 2008** at **3:30 p.m.** Requests to charge and proposed voir dire requests should be submitted by **July 28, 2008**. Any objections should be filed by **July 30, 2008**. The final pre-trial conference will be held on **August 18, 2008** at **2:00 p.m.** Trial is scheduled to begin on **August 19, 2008** at **9:00 a.m.**

    At the hearing held on June 19, 2008, the Court prospectively excluded the time from **June 19, 2008**, until **August 19, 2008** from Speedy Trial Act calculations, and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time between

making motions and the decision on such motions is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated:   New York, New York
         June 20, 2008

_____
John G. Koeltl
United States District Judge