UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-

TANISHA BROWN,

                      Defendant.
-----------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

07-cr-1110 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

Requests to charge and voir dire, ~~together with any objections~~, shall be due **October 2, 2008**. *Objections are due October 7, 2008.* Final pretrial conference shall be held on **Thursday, October 9, 2008 at 4:30pm.** Trial is scheduled for **Tuesday, October 14, 2008 at 9:00am.**

The Court prospectively excludes the time from today until **October 14, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 18, 2008